UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARK KOUMENT, JR.,

                              Plaintiff,                            20 Civ. 4353 (KAM)(CLP)

     -against-

                                                            **STIPULATION OF**
BUY & SELL CARS, INC., and                          **DISMISSAL WITH**
MITCHELL TEITELBAUM.                                    **PREJUDICE**

                                        Defendants.
------------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that this action, including all claims that were asserted herein, is hereby dismissed with prejudice, and the parties are to bear their own costs and attorneys' fees except as otherwise agreed upon between the parties;

        **IT IS FURTHER STIPULATED AND AGREED** that this Court shall retain jurisdiction to enforce the settlement in this action;

        **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: March _____, 2021
       Queens, New York

_____                     _____
Arthur H. Forman, Esq.                              Gregory J. Gallo, Esq.
9820 Metropolitan Avenue                      Law Office of Gregory J. Gallo PC
Forest Hills, New York 11375                34-11 Queens Boulevard
Tel.: (718) 268-2616                                   Long Island City, New York 11101
                                                     Tel: (718) 223-0718
*Attorney for Plaintiff*

                                                     *Attorney for Defendants*


                                                          **SO ORDERED:**

                                                         _____
                                                                  U.S.M.J.