UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARK KOUMENT, JR.,

    Plaintiff,

    -against-

BUY & SELL CARS, INC., and
MITCHELL TEITELBAUM.

    Defendants.

------------------------------------------------------------X

20 Civ. 4353 (KAM)(CLP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 12 2021 ★
BROOKLYN OFFICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that this action, including all claims that were asserted herein, is hereby dismissed with prejudice, and the parties are to bear their own costs and attorneys' fees except as otherwise agreed upon between the parties;

**IT IS FURTHER STIPULATED AND AGREED** that this Court shall retain jurisdiction to enforce the settlement in this action;

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: March _____, 2021
       Queens, New York

_____
Arthur H. Forman, Esq.
9820 Metropolitan Avenue
Forest Hills, New York 11375
Tel.: (718) 268-2616

*Attorney for Plaintiff*

_____
Gregory J. Gallo, Esq.
Law Office of Gregory J. Gallo PC
34-11 Queens Boulevard
Long Island City, New York 11101
Tel: (718) 223-0718

*Attorney for Defendants*

SO ORDERED:    July 12, 2021

/s/ Cheryl L. Pollak
Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York

8